[875 NE2d 883, 844 NYS2d 165]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANDRE COLLIER, Appellant.

Decided September 18, 2007

### APPEARANCES OF COUNSEL

*Eugene P. Grimmick,* Troy, for appellant.

*Patricia A. DeAngelis, District Attorney,* Troy (*Anne L. Von Fricken Coonrad* of counsel), for respondent.

### OPINION OF THE COURT

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order reversed, defendant's plea vacated and case remitted to County Court, Rensselaer County, for further proceedings on the information (*see People v Louree,* 8 NY3d 541 [2007]).

Concur: Chief Judge KAYE and Judges CIPARICK, GRAFFEO, READ, SMITH, PIGOTT and JONES.